# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARION DION FREDERICK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 24-01465 (UNA) ) |
| BUC-EES, | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the complaint.

Plaintiff, a District of Columbia resident, has sued "BUC-EES" at an unknown address. Compl. Caption. In the single line comprising the one-page complaint, Plaintiff asserts "Victim of Defamation, Cyberattacks, and Privacy Infringement." He alleges no facts and seeks no relief.

"A court may dismiss as frivolous complaints," as here, "reciting bare legal conclusions with no suggestion of supporting facts," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), and the court is required to "dismiss the case at any time" it determines that the action is frivolous, 28 U.S.C. § 1915(e)(2)(B)(i). Consequently, this case will be dismissed by separate order.

Date: June 17, 2024

_____/s/_____
TIMOTHY J. KELLY
United States District Judge